UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHANIEL J. BROOKS,<br>　　　　　Plaintiff,<br>　　v.<br>CITY OF OAKLAND,<br>　　　　　Defendant. | Case No. 20-cv-02025-JD<br><br>**ORDER**<br>Re: Dkt. No. 4 |

The Court has reviewed Magistrate Judge Donna M. Ryu's report and recommendation. Dkt. No. 4. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b).

The Court agrees with Magistrate Judge Ryu's well-reasoned report and recommendation. The Court consequently adopts it in full and remands the case to Alameda County Superior Court. Plaintiff's requests to proceed in forma pauperis, Dkt. Nos. 2, 6, are denied as moot.

**IT IS SO ORDERED.**

Dated: April 30, 2020

JAMES DONATO
United States District Judge